# EXHIBIT B



**DEPARTMENT OF THE NAVY**
COMMANDER
NAVY REGION SOUTHWEST RESERVE COMPONENT COMMAND SAN DIEGO
937 NORTH HARBOR DRIVE
SAN DIEGO CALIFORNIA 92132-5108

MEMORANDUM

From: YN1(SW/EXW) Charles H. Cox
To: Whom It May Concern

Subj: SERVICEMEMBERS CIVIL RELIEF ACT ICO YN1(SW/EXW) CHARLES H. COX

Ref: (a) 50 U.S.C. App. 522(b)(1)

1. I am respectfully requesting for a stay of civil proceedings against me based on reference (a) and the following circumstances:

   a. I have an approved transfer date of August 3, 2015 to Navy Operational Support Center Louisville, KY.

   b. My military pay (E-6) is the only source of income for my family of four. My wife is disabled and we have two children living at home with us. We are living paycheck to paycheck and I do not have the financial resources to fly from Kentucky back to California to make appearances after I transfer.

   c. I do not have the financial means to maintain legal representation. I had to borrow the money from a family member to pay my initial retainer.

2. Based on the reference provided, my upcoming transfer and financial hardship, I ask that the Court grant me a stay in this matter. Thank you for your consideration of my request.

C. H. COX  YN1(SW/EXW)  23 JUL 15
United States Navy

"PRIVACY SENSITIVE – FOR OFFICIAL USE ONLY – Any misuse or unauthorized disclosure can result in both civil and criminal penalties."