IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

IN THE MATTER OF:

MEDICAL CARE FOR CHILDREN IN THE CUSTODY OF HEALTH AND HUMAN SERVICES AGENCY, COUNTY OF SAN DIEGO, RELEASE OF INFORMATION RELATED THERETO.

ORDER AUTHORIZING HEALTH ASSESSMENTS AND IMMUNIZATIONS PRIOR TO DETENTION HEARING AND RELEASE OF INFORMATION CONCERNING HEALTH CARE PROVIDED PURSUANT TO THIS ORDER

Pursuant to Welfare and Institutions Code ("WIC") sections 305, 306, 324.5, 369 and 361.2(e), in situations where (1) a child is in custody of the Health and Human Services Agency ("HHSA") of the County of San Diego, and (2) no detention hearing has taken place, THE COURT HEREBY ORDERS:

1. HHSA may obtain a comprehensive health assessment as recommended by the American Academy of Pediatrics, including a mental status evaluation, for a child prior to the detention hearing in order to ensure the health, safety and well-being of the child. The assessment may include one or more of the following, as is necessary and appropriate to meet the child's needs:

    a. A medical history which is as complete as possible.

    b. A physical examination by a licensed medical practitioner.

Order of the Presiding Judge, Juvenile Court

      c. A developmental evaluation.

      d. A mental health status evaluation by a licensed psychiatrist or psychologist.

      e. Emergency dental care by a licensed dentist.

      f. Clinical laboratory tests or x-rays as deemed necessary by the examining physician or dentist for evaluation of the child's health status.

2. The HHSA may obtain ongoing routine health care (including immunizations), as recommended by the American Academy of Pediatrics, for a child in the custody of the HHSA, as is necessary to protect and promote the child's physical and emotional well-being before dependency proceedings have been initiated and during the course of those proceedings.

3. Information concerning any health care provided pursuant to this order may be released to the HHSA, the child's attorney (if any), other health care providers, Regional Centers, or schools if needed for treatment, treatment planning, counseling, and/or educational purposes consistent with promoting the child's physical and emotional well-being, before or after the detention hearing, and throughout the course of the dependency proceedings.

This order supersedes the similar order dated January 8, 2007, and shall expire four years after the date of issuance, unless superseded or rescinded by subsequent order or rule of Court.

DATED: 1/4/12

CYNTHIA A. BASHANT
PRESIDING JUDGE OF THE
SAN DIEGO JUVENILE COURT