# EXHIBIT 1



**DEPARTMENT OF THE NAVY**
NAVY OPERATIONAL SUPPORT CENTER LOUISVILLE
5401 SOUTHSIDE DR
LOUISVILLE KY 40214

1000
Ser N00/349
26 Jun 17

From: Commanding Officer, Navy Operational Support Center Louisville
To: To Whom It May Concern

Subj: STATEMENT OF MILITARY SERVICE ICO YN1(SW/EXW) CHARLES H. COX II, USN

1. The following information is provided:

    a. Name: Charles H. Cox II

    b. Service: USN

    c. Rank/Grade: YN1/E6

    d. Present Duty Station: Navy Operational Support Center Louisville, KY

    e. Total Active Duty Service: 18 years 9 months

    f. Retirement Date: 31 August 2018

2. If you have any questions, my point of contact for this matter is BMC(EXW/SC) Shawn Smith. He may be reached by phone at: (502) 813-3501 or via E-mail at: shawn.r.smith@navy.mil.

S. R. SMITH
By direction

"FOR OFFICIAL USE ONLY – PRIVACY SENSITIVE: ANY MISUSE OR UNAUTHORIZED DISCLOSURE MAY RESULT IN BOTH CIVIL AND CRIMINAL PENALTIES"