# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS McMANUS SR., an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SAN DIEGO, a public entity; CITY OF SAN DIEGO, a public entity; POLICE OFFICERS ERNESTO LUNA (ID# 3779), MARI KONG (ID# 5850), SGT. THOMAS SULLIVAN (ID# 4676), SGT. ANTONIO JOHNSON (ID# 3816), DETECTIVE DAN BUROW (ID# 5268) and LT. A. SMITH (ID# 3472); SGT. WILLS (ID# 4558); SOCIAL WORKER DEFENDANTS JENNIFER MORK and WANJIRU GOLLY, CHARLES COX SR., an individual, CITY OF SAN DIEGO DEFENDANTS DOES 1 through 50, COUNTY OF SAN DIEGO DEFENDANTS DOES 51 through 90, and DOCTOR DEFENDANTS DOES 91 through 100, inclusive,<br><br>　　　　　Defendants. | No. 15cv138 JM(AGS)<br><br>**ORDER CONTINUING HEARING DATE AND RELATED DEADLINES ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS** |

　　　　Before the Court is Plaintiff Carlos McManus, Sr. and Defendant County of San Diego's Joint Motion for 30-day continuance of the hearing date and related deadlines on Plaintiff's Motion for Attorney's Fees and Costs (Doc. No. 104).

////

Good cause appearing, the Court **GRANTS** the joint motion and sets the following dates and deadlines:

- The hearing date/time on Plaintiff's Motion for Attorney's Fees and Costs is re-set to *July 16, 2018, at 10:00 a.m.*;
- Defendant County of San Diego may file its opposition, if any, on or before *July 2, 2018*; and,
- Plaintiff may file his supporting reply, if any, on or before *July 9, 2018*.

**IT IS SO ORDERED.**

DATED: May 21, 2018

Jeffrey T. Miller
United States District Judge