# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS McMANUS, SR.,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>COUNTY OF SAN DIEGO; CITY OF SAN DIEGO; POLICE OFFICERS ERNESTO LUNA; MARI KONG; SGT. THOMAS SULLIVAN; ANTONIO JOHNSON; DETECTIVE DAN BUROW; LT. A. SMITH; SGT. WILLS; SOCIAL WORKER DEFENDANTS JENNIFER MORK; WANJIRU GOLLY; and CHARLES COX SR.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 15cv0138 JM(RBB)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT CHARLES COX SR. |

　　For good cause shown, the court lifts the stay mandated by the Servicemembers Civil Relief Act, 50 U.S.C. App. §501, et seq., (ECF 42), and grants the joint motion to dismiss Defendant Charles Cox, Sr. as a party to this action without prejudice. The Clerk of Court is instructed to close the file.

　　**IT IS SO ORDERED.**

DATED: September 17, 2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties

- 1 -　　　　　　　　　　　　　　　　　　15cv0138